# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136648(65)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

EDWIN DEWAYNE RICHMOND,
   Defendant-Appellant.
_____

SC: 136648
COA: 277012
Wayne CC: 06-013878-01

   On order of the Chief Justice, the motion by plaintiff-appellee for leave to participate in oral argument is GRANTED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009

_____
Clerk